UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mayflower Transit,

Plaintiff,

**ORDER**

v.

Civil #00-2724 PAM/JGL

Lisa LeVine and Revatex, Inc.
dba JNCO Industries,

Defendants.

This action came before the Court on Plaintiff's Motion to Vacate the Order of Dismissal filed March 23, 2001. Upon the evidence presented, and for good cause shown, the Court finds that this action should be reopened.

Accordingly, **IT IS ORDERED** that:

1. The Order of this Court filed March 23, 2001, which dismissed this action is vacated.

2. This action is reopened.

Dated: April 2, 2001.

PAUL A. MAGNUSON, CHIEF JUDGE
**United States District Court**

APR - 3 2001