United States District Court

District of Minnesota

Mayflower Transit

Plaintiff(s),

JUDGMENT BY DEFAULT

-vs-

Lisa LeVine and Revatex, Inc

Civil No. 00-2724 PAM/JGL

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of Five Thousand, Eight Hundred sixteen and 12/100.

FRANCIS E. DOSAL, CLERK

DATED: July 11, 2001

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

| | | |
|---|---|---|
| Principal/Damages | | $ 5,626.12 |
| Costs and disbursements | | $ 190.00 |
| Interest to | $ | |
| Surcharge | | $ |
| TOTAL JUDGMENT | | $ 5,816.12 |